# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| JACQUELINE L. CRAFT, TRUSTEE OF THE JACQUELINE L. CRAFT TRUST U/T/D JUNE 30, 1998, AND JACQUELINE L. CRAFT, INDIVIDUALLY,<br><br>    PLAINTIFFS,<br><br>v.<br><br>SOUTH CAROLINA STATE PLASTERING LLC; PETER CONLEY; DEL WEBB COMMUNITIES, INC.; and PULTE HOMES, INC.,<br><br>    DEFENDANTS. | C/A No.. 9:15-cv-05080-PMD<br><br>DEFENDANTS DEL WEBB COMMUNITIES, INC. AND PULTE HOMES, INC.'S IDENTIFICATION OF EXPERT WITNESS |

Pursuant to Fed. R. Civ. P. 26(a)(2) and the Court's Scheduling Order (dkt 54), Defendants Del Webb Communities, Inc. and Pulte Homes, Inc. identifies the following expert witnesses for purposes of class certification:

J. Lawrence Elkin, PE
Elkin Engineering & Diagnostics
PO Box 30247
Charleston, SC 29407
843-817-7313

A written report prepared and signed by this witness is being served on Plaintiffs via USPS. Defendants hereby certify their compliance with Fed. R. Civ. P. 26(a)(2).

Defendants reserve the right to name additional expert witnesses when and if the case proceeds to merits discovery.

≪Signature on Following Page≫

Dated:  April 10, 2017

            McNAIR LAW FIRM, P.A.

          By  s/A. Victor Rawl, Jr.

            A. Victor Rawl, Jr. (Fed. I.D. 6971)
            Henry W. Frampton, IV (Fed. I.D. 10365)
            Post Office Box 1431
            Charleston, SC  29402
            843.723.7831
            843.722.3227 (fax)
            vrawl@mcnair.net
            hframpton@mcnair.net

            Celeste T. Jones (Fed. I.D. 2225)
            Post Office Box 11390
            Columbia, SC  29210
            803.799.9800
            803.753.3278 (fax)
            cjones@mcnair.net

            *ATTORNEYS FOR DEFENDANTS*
            *DEL WEBB COMMUNITIES, INC. and*
            *PULTE HOMES, INC.*

1429531v1